1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  RYAN ARASH REZAEI (CABN 285133)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7246
7       FAX: (415) 436-7234
        ryan.rezaei@usdoj.gov
8
9  Attorneys for United States of America

```
                              FILED

                            Jan 15 2025
                            Mark B. Busby
                     CLERK, U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND
```

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NO. 4:25-mj-70040 MAG
                                       )
14          Plaintiff,                 )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                       )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15      v.                             )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                       )  RULES OF CRIMINAL PROCEDURE
16  RICK V. CULLEN,                    )
                                       )
17          Defendant.                 )
                                       )
18  _____   )

19          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on January 15, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon an

22          ☐      Indictment

23          ☐      Information

24          ☐      Criminal Complaint

25          ☐      Other (describe) Violation Notice CC63 F5255343

26  pending in the Central District of California, Case Number 2:23-po-00705.

27          In that case (copy of indictment attached), the defendant is charged with a violation(s) of 36 CFR

28  § 26.96, a Class B Misdemeanor.

                                                              v. 7/10/2018

Description of Charges: Removing Natural Feature of the United States.

The maximum penalties are as follows: $5,000 fine or 6 months imprisonment, or both.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: January 15, 2025

/s/ _____

RYAN ARASH REZAEI
Assistant United States Attorney

v. 7/10/2018

ATTACHMENTS

Case 2:24-cr-00705-AB-DAG Document Filed 11/08/24 Page Page ID #:2

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC63 | F5255343 | W. nom, | 408 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 06/21/2023 | 36 CFR 261.9(b) |

Place of Offense
ANGELES NATION FOREST HQ
701 N. Santa Anita Ave, Arcadia CA
HAZMAT ☐

Offense Description: Factual Basis for Charge
REMOVING PROPERTY OF THE UNITED STATES

### DEFENDANT INFORMATION    Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| CULLEN | RICK | V |

Street Address
417 WALNUT ST. UNIT A

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SAN CARLOS | CA | 94070 | 04/27/1992 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| D7357267 | | CA | |

☐ Adult ☐ Juvenile   Sex ☐ Male ☐ Female   Hair BRN   Eyes GRN   Height 6'1"   Weight 210

### VEHICLE    VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CMV ☐

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

MANDATORY APPEARANCE

$ _____  Forfeiture Amount
+ $30  Processing Fee
$ _____  Total Collateral Due

PAY THIS AMOUNT AT → $
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| TO BE NOTIFIED | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  NOT PRESENT TO SIGN

Original - CVB Copy

*F5255343*

FS-5300-4 (1/2020)

Previous edition is obsolete

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 10/13/2023 15:42

CVB SCAN 10/13/2023 15:42



**VIOLATION # F5255343**                    **COURT CODE  CC63**

## USDA Forest Service
### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I, Wayne Nomi, state that on September 30, 2023, while exercising my duties as a Law Enforcement Officer in the Central District of California, I reviewed an investigative report from Assistant Special Agent in Charge Kevin O-Donnell, General Services Administration (GSA), Office of Inspector General.  In reviewing this report, I learned that:

On May 31, 2023, Rick V. Cullen successfully bidded in a GSA Auction for excess U.S. Forest Service property, namely a 1995 Warrior Travel Trailer, and made an electronic wire transfer payment to GSA in the amount of $3565.00.

On June 16, 2023, GSA notified Mr. Cullen that the electronic payment failed to process; specifically, Cullen's funds appeared to have been pulled back.  On the same day, GSA received a response to their email from Mr. Cullen, summarily stating that Mr. Cullen's bank account was not charged and that Mr. Cullen did not reverse the wire transfer.

On June 20, 2023, GSA sent a second notification of the payment not being received to Mr. Cullen.  No reply to this email was received by GSA.

On June 21, 2023, Mr. Cullen proceeded to meet with U.S. Forest Service staff in Arcadia, CA, within the Central District of California, at the secure U.S. Forest Service facility, and took possession of the 1995 Warrior Travel Trailer and removed it from the U.S. Forest Service facility.  The identify of Mr. Cullen was verified by U.S. Forest Service staff via Mr. Cullen's California Driver's License.

On June 29, 2023, GSA sent an email to Mr. Cullen advising him that he would have until July 3, 2023 to make the payment.  If payment was not received, Mr. Cullen would be in possession of stolen Government property.

As of September 29, 2023, no payment for the 1995 Travel Trailer has been received by GSA.

**The foregoing statement is based upon:**
- ☐  My personal observation
- ☐  My personal investigation

XXX Information supplied to me from my fellow officer's observation
XXX Other (explain above)

**I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.**

Executed on:  September 30, 2023     Officer's Signature  WAYNE NOMI Digitally signed by WAYNE NOMI Date: 2023.09.30 21:45:49 -07'00'

**Probable cause has been stated for the issuance of a warrant.**

Executed on                    U.S. Magistrate Judge _____