**FILED**

JAN 16 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25–70040 KAW |
| Plaintiff, | [~~PROPOSED~~] RELEASE ORDER |
| v. | |
| RICK CULLEN, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Rick Cullen be RELEASED forthwith from the custody of the United States Marshals Service. Mr. Cullen is ordered to appear at 9:00 AM on February 19, 2025 at the Duty Calendar on the 6th Floor at 255 E. Temple Street, Los Angeles, CA 90012-3332.

IT IS SO ORDERED.

1/16/2025
Dated

HON. KANDIS A. WESTMORE
United States Magistrate Judge

RELEASE ORDER
*CULLEN*, CR 25–70040 KAW

1