AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:25-mj-70040-MAG    Document 6    Filed 01/16/25    Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 16 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

United States of America

v.

RICK V CULLEN,

Defendants.

Case No. 25-mj-70040-MAG-1 (KAW)

Charging District: Central District of CA

Charging District's Case No.: 2:23-po-00705

# ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>Roybal Federal Building and U.S. Courthouse<br>255 East Temple Street<br>Los Angeles, CA | Courtroom No.: 6th Floor Duty Courtroom, CVB calendar |
|---|---|
| | Date and Time: February 19, 2025, at 9:00 AM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: January 16, 2025

Kandis A. Westmore
United States Magistrate Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*